*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RAMON PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**CORRECTIONAL TREATMENT CENTER, et al.,**<br><br>Defendants. | C 06-7231 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANT'S MOTION FOR A SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

Defendant moves for a fourteen-day extension, up to and including March 30, 2009, in which to file a dispositive motion. The Court has read and considered his motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendant's requested second extension of time is GRANTED. The time in which Defendant may file a dispositive motion is extended up to and including March 30, 2009. The time in which Plaintiff may file his opposition is extended up to and including April 29, 2009. And Defendant shall file a reply concerning his dispositive motion no later than fifteen days after Plaintiff's opposition is filed.

Dated: 4/14/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

20190135.wpd
SF2007200473

[ Order Granting Def.'s Mot. Second EOT File Disp. Mot.    *Perez v. Correctional Treatment Center, et al.*
                                                                       C 06-7231 RMW (PR)

1