***E-FILED - 10/13/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PEREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONAL TREATMENT<br>CENTER, et al.,<br><br>　　　　Defendants. | No. C 06-7231 RMW (PR)<br><br>JUDGMENT |

　　This civil rights action has been dismissed without prejudice. A judgment of dismissal without prejudice is entered in favor of defendant. The clerk shall close the file.

　　IT IS SO ORDERED.

DATED: __10/13/09__　　　　　　　　　　 _Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.06\Perez231jud.wpd